1 **LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
2 1318 K Street
Bakersfield, CA 93301
3 Ph.: (661)326-0857
Fax.: (661) 326-0936
4 e-mail: lawtorres@aol.com

5 Attorney for Defendant
CRUZ VALENZUELA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br>vs.<br>CRUZ VALENZUELA,<br>　　　　　　　Defendant, | Case No.: 11-CR-197 LJO<br><br>**STIPULATION TO CONTINUE** STATUS HEARING; ORDER OF DENIAL |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE: LAWRENCE J. O'NEILL AND ELANA S. LANDAU, ASSISTANT UNITED STATES ATTORNEY:

　　**COMES NOW** Defendant, CRUZ VALENZUELA by and through his attorney of record, DAVID A. TORRES hereby request that the status conference hearing date currently set for Monday, December 5, 2011 be continued to January 17, 2012 at 1:00 p.m., or a date convenient to court and counsel.

　　This is a mutual agreement between myself, Assistant United States Attorney Elana S. Landau and Co-Counsel Jon Kiyoshi Renge and Robert Lee Forkner. It is my understanding that additional discovery is forthcoming. In addition, a continuance is need to discuss the plea agreement.

1 **The defendant is willing to continue excluding time through the next court**
2 **appearance and that the ends of justice in the exclusion outweigh defendant's speedy trial**
3 **rights.**
4 Based upon the foregoing, I respectfully request that this matter be Continued to
5 January 17, 2012.
6 The parties also agree that the delay resulting from the continuance shall be excluded in
7 the interest of justice pursuant to 18 U.S.C. §3161 (h)(7)(A) and §3161 (h)(7)(B)(i) & (iv).

Dated: November 30, 2011
/s/ David A. Torres
DAVID A. TORRES
Attorney for Defendant
LONNY RAY HAYCOCK

Dated: November 30, 2011
/s/ Elana S. Landau
ELANA S. LANDAU
Assistant U. S. Attorney

Dated: November 30, 2011
/s/ Jon Kiyoshi Renge
JON KIYOSHY RENGE
Attorney for Defendant
Carlos Felipe Castelar -Trujillo

Dated: November 30, 2011
/s/Robert Lee Forkner
ROBERT LEE FORKNER
Attorney for Defendant
Omar Quintero-Rodriguez

# ORDER

**GOOD CAUSE HAS NOT BEEN STATED. TO JUSTIFY THE GOOD CAUSE NEEDED TO CONTINUE, THE REASONS THAT DISCOVERY HAS NOT BEEN PROVIDED IN ITS ENTIRETY BEFORE THIS TIME (THE CASE IS CURRENTLY 6 MONTHS SINCE INDICTMENT), AND ALSO THE REASONS WHY SETTLEMENT DISCUSSIONS HAVE NOT TAKEN PLACE BY NOW ARE REQUIRED. DENIED.**

IT IS SO ORDERED.

**Dated:  December 1, 2011**         /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE